# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-18-00047-CV

### Elizabeth Hainsworth, Appellant

### v.

### Equity Trust Company, Custodian FBO Davit Blakely IRA, Appellee

---

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. C-1-CV-17-011277, THE HONORABLE TODD T. WONG, JUDGE PRESIDING

---

## MEMORANDUM OPINION

Appellant's brief was originally due on May 11, 2018. On June 5, 2018, this Court sent a notice to appellant informing her that her brief was overdue and that a failure to file a satisfactory response by June 15, 2018, would result in the dismissal of this appeal for want of prosecution. To date, appellant has not filed a brief or a motion for extension of time. Accordingly, we dismiss this appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

_____

Melissa Goodwin, Justice

Before Justices Puryear, Goodwin, and Bourland

Dismissed for Want of Prosecution

Filed: August 3, 2018